ALICE G. PETERSON, Appellant, *v.* THE CITY OF YONKERS, Respondent.

(Argued June 15, 1932; decided July 19, 1932.)

*John E. Mack, Joseph W. Bryan* and *Robert M. Clark* for appellant.

*Leonard G. McAneny, Corporation Counsel (William F. Cauley, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.